IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BLACKJACK ENTERTAINMENT LLC d/b/a MILESTONE EVENT GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>DJ TRIVIA LLC AND MARK WILKINS,<br><br>    Defendants. | Case No. 2:24-cv-00171-RWS |

## CONSENT MOTION TO STAY PROCEEDINGS

Defendants DJ Trivia LLC and Mark Wilkins ("Defendants") and Plaintiff Blackjack Entertainment LLC D/B/A Milestone Event Group ("Plaintiff") file this Consent Motion to Stay Proceedings in this case. In support of this Motion, the parties represent as follows:

1. The parties have conferred regarding this matter.

2. The parties agree that there is a potential to resolve this dispute.

3. The parties continue to engage in discussions with the mutual goal of reaching a settlement agreement to resolve this case and Case No. 2:24-cv-00169-RWS.

1

4. The parties believe that a stay of the proceedings will allow the parties to effectively manage the costs of this case and Case No. 2:24-cv-00169-RWS.

5. The parties agree to a stay of the proceedings.

6. The parties respectfully request that this Court stay the proceedings for sixty (60) days from the date of any Order entered granting this Motion.

7. The parties have attached a proposed Order granting this motion as Exhibit A.

8. The parties file this Motion in good faith and without an intent to cause unnecessary delay.

Respectfully submitted this 28th day of August, 2024,

| | |
|---|---|
| /s/ James W. Faris | /s/ Alex Ward (signed w/ permission) |
| James White Faris | Alex Ward |
| CAIOLA & ROSE LLC | AWard Law, LLC |
| 125 Clairemont Avenue, Suite 240 | PO Box 30620 |
| Decatur, Georgia 30030 | Bethlehem, GA 30620 |
| Telephone: 470-300-1010 | Telephone: |
| Email: jimmy@caiolarose.com | Email: alex@awardlaw.net |
| | |
| Kevin Hartley (admitted *pro hac vice*) | Attorney for Plaintiff |
| Randy Michels (admitted *pro hac vice*) | |
| Bill Ferrell (admitted *pro hac vice*) | |
| TRUST TREE LEGAL, P.C. | |
| 798 Berry Road, #41400 | |
| Nashville, Tennessee 37204 | |
| Telephone: 615-469-0451 | |
| Email: kevin@trusttree.com | |
| Email: randy@trusttree.com | |
| Email: bill@trusttree.com | |

Attorneys for Defendants

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing has been prepared using one of the fonts and point selections approved by the Court in Local Rule 5.1C. This document was prepared using Times New Roman (14 point).

This 28th day of August, 2024.

>  */s/ James W. Faris*
>  James White Faris
>  Georgia Bar No. 452293

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| BLACKJACK ENTERTAINMENT LLC d/b/a MILESTONE EVENT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>DJ TRIVIA LLC AND MARK WILKINS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:24-cv-00171-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    Counsel for Plaintiff
    AWard Law, LLC
    PO Box 30620 Bethlehem, GA 30620
    Attn: Alex Ward
    alex@awardlaw.net

                                    */s/ James W. Faris*
                                    James White Faris
                                    Georgia Bar No. 452293